**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000633
30-APR-2018
08:40 AM

NO. CAAP-15-0000633

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JANE J.P. LIU, Plaintiff-Appellant, v.
DEPARTMENT OF THE MEDICAL EXAMINER, CITY AND
COUNTY OF HONOLULU, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 15-1-0213)

ORDER DENYING MOTION TO RECONSIDER
(By: Leonard, Presiding Judge, and Reifurth and Chan, JJ.)

Upon consideration of the April 20, 2018 Motion to Reconsider the Order Filed on April 13, 2018, filed by Jane J.P. Liu, Pro Se Plaintiff-Appellant, the papers in support, and records and files,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, April 30, 2018.

Presiding Judge

Associate Judge

Associate Judge